IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SEMCON IP INC., | § | |
|---|---|---|
| v. | § § § | |
| HUAWEI DEVICE USA INC., et al., | § § | Case No. 2:16-cv-437-JRG-RSP (Lead) |
| MEDIATEK INC., MEDIATEK USA INC. | § § | Case No. 2:16-cv-438-JRG-RSP |
| STMICROELECTRONICS INC., STMICROELECTRONICS N.V. | § § § | Case No. 2:16-cv-439-JRG-RSP |
| TEXAS INSTRUMENTS INC. | § § § | Case No. 2:16-cv-440-JRG-RSP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 21, 2017 (Dkt. No. 73) recommending denial of Dkt. No. 20 in Case No. 2:16-cv-00437 (Huawei's motion); Dkt. No. 22 in Case No. 2:16-cv-00439 (STMicroelectronics's motion); Dkt. No. 19 in Case No. 2:16-cv-00438 (MediaTek's motion); and Dkt. No. 17 in Case No. 2:16-00440 (Texas Instruments' motion) (collectively, "the Motions"). The Court has reviewed the Report and Recommendation, the Motions, and the subsequent Objections filed by Defendants (Dkt. Nos. 78, 79). The Court finds the Objections to be without sufficient merit. The Recommendation is adopted.

**IT IS ORDERED** that the Motions are **DENIED**.

**So ORDERED and SIGNED this 14th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE